May 1, 2018

Plaintiff: Corey Lane
Pro Se
329 Washington Pl
Englewood NJ, 07631
Telephone No.: (201) 561-6322
Email: Clane.061280@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| COREY LANE,<br>      Plaintiff, Pro Se<br><br>v.<br><br>THE STATE OF NEW JERSEY, THE NEW JERSEY CHILD PROTECTION AND PERMANENCY ("DCP&P") (formerly Division of Youth & Family Services), LISA VON PIER, in her official capacity as Director of DCP&P/Assistant Commissioner of the New Jersey Department of Children and Families ("DCF"), ALLISON BLAKE, in her official capacity as the Commissioner of DCF, MAYLINDA BILLA, in her individual capacity, JOCELYN ROMAN, in her individual capacity, JENNIFER JURKIN, in her individual capacity, ANIKA BURROWES, in her individual capacity, PETER J. MELCHIONNE, individual and in his official capacity as Justice of the Superior Court of Bergen County, DEBORAH M. GROSS-QUATRONE, individual and in her official capacity as Justice of the Superior Court of Bergen County, CHRISTOPHER R. KAZLAU, individual and in his official capacity as Justice of the Superior Court of Bergen County, JILL STEPHENS-FLORES, in her individual capacity, ROBERT MILLER, in his individual capacity<br>      Defendant. | Hon. John Michael Vazquez, U.S.D.J.<br>Hon. James B. Clark, III, U.S.M.J.<br><br>Docket No. 2:16-cv-08948-JMV-JBC<br><br>**NOTICE OF MOTION FOR ENTRY FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)**<br><br>\* plaintiff's motion for default judgment is DENIED. There is no proof or indication that plaintiff's operative pleading was served upon any Defendant in this matter.<br><br>SO ORDERED<br>    s/James B. Clark<br>    James B. Clark, U.S.M.J.<br>Date: 5/2/2018 |

TO: United States District Court
     District of New Jersey – Newark Vicinage
     MLK Building & U.S. Courthouse
     50 Walnut Street

1

Newark, NJ 07101

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendant
    State of New Jersey

Benjamin H. Zieman
Deputy Attorney General
(609) 777-4031

Robert Miller
96 Park St
Montclair NJ 07042

PLEASE TAKE NOTICE that, I, COREY LANE, of full age, is the Plaintiff in this matter.

PLEASE TAKE FURTHER NOTICE that, on this day **May 1, 2018,** I respectfully requested for entry for default against Defendant, The State of New Jersey.

PLEASE TAKE FURTHER NOTICE that, as of this filing date **May 1, 2018** the Defendant, The State of New Jersey has failed to plead or otherwise file a response to my Amended Complaint within the allowed time and allowed the time to run out.

PLEASE TAKE FURTHER NOTICE that, on this day **May 1, 2018,** I respectfully request for entry for default judgment against Defendant, The State of New Jersey.

PLEASE TAKE FURTHER NOTICE that I am respectfully requesting an Order granting Injunctive Relief in the form of Declaratory Relief in the form of an order **ENFORCING** my rights to unsupervised physical custody and unsupervised visitation of my 4 children; A.L, C.L, A.L, and C.L.

PLEASE TAKE FURTHER NOTICE that I am respectfully requesting an Order **GRANTING** Compensatory Damages in the sum of $372,025,310.00 be awarded to the Plaintiff, Corey Lane by the Defendant, The State of New Jersey, within 20 days of this Order; it shall bear interest at a rate of 12 percent per year from the date of the deadline.

PLEASE TAKE FURTHER NOTICE that I am respectfully requesting an Order **GRANTING** Punitive Damages in the sum of $400,000,000.00 be awarded to the Plaintiff, Corey Lane by the Defendant, The State of New Jersey, within 20 days of this Order; it shall bear interest at a rate of 12 percent per year from the date of the deadline.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the attached brief in support of the motion (if needed).

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Civ. P. 78, oral argument is not requested.

A proposed form of Order is attached.

DATE: May 1, 2018

*Corey Lane*
Corey Lane, Pro Se